39856. HARRISON et al. v. WREN.

PER CURIAM.
After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.
*All the Justices concur, except Smith, J., who dissents.*

DECIDED SEPTEMBER 8, 1983.

*Murphy, Witcher & Murphy, Michael L. Murphy,* for appellants.
*Lokey & Bowden, Glenn Frick, Robert P. Bleiberg,* for appellee.